<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

</div>

| | |
|---|---|
| AIRGAS USA, LLC, : | |
|                 Plaintiff, : | |
| : | |
| v. : | No.   5:25-cv-3833 |
| : | |
| TEAMSTERS LOCAL 773 and INTERNATIONAL : | |
| BROTHERHOOD OF TEAMSTERS, : | |
|                 Defendants. : | |

<div style="text-align:center">

**O R D E R**

</div>

**AND NOW**, this 1ˢᵗ day of August, 2025, upon consideration of the stipulation of the parties for an extension of time for Defendant, Teamsters Local 773, to file an answer to Plaintiff's Complaint, ECF No. 8, **IT IS HEREBY ORDERED THAT:**

1. The stipulation, ECF 8, is **approved and granted in part and disapproved and denied in part**; and

2. Defendant, Teamsters Local 773's deadline to file an Answer to Plaintiff's Complaint, only, and for no other purpose, is extended through and including September 17, 2025.

<div style="margin-left: 50%">

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

</div>