UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AIRGAS USA, LLC, : | |
|     Plaintiff, : | |
| : | |
| v. : | No. 5:25-cv-3833 |
| : | |
| TEAMSTERS LOCAL 773, and : | |
| INTERNATIONAL BROTHERHOOD : | |
| OF TEAMSTERS, : | |
|     Defendants. : | |

**O R D E R**

**AND NOW**, this 19th day of December, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Local 773's Motion to Dismiss, ECF No. 10, is **DENIED**.

2. IBT's Motion to Dismiss, ECF No. 12, is **GRANTED**. All claims against IBT are dismissed without prejudice.

3. **Within twenty days of the date of this Order**, Airgas may file an amended complaint as to IBT.[1] If Airgas fails to timely file an amended complaint, the claims against IBT will be dismissed with prejudice and the case will proceed against only Local 773.

                                                        BY THE COURT:

                                                        */s/ Joseph F. Leeson, Jr.*
                                                        JOSEPH F. LEESON, JR.
                                                        United States District Judge

---

[1] The amended complaint must be a complete document and must therefore also reassert all claims against Local 773.