**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AIRGAS USA, LLC, | : |
|       Plaintiff, | : |
| | : |
|       v. | :    No. 5:25-cv-3833 |
| | : |
| TEAMSTERS LOCAL 773, and | : |
| INTERNATIONAL BROTHERHOOD | : |
| OF TEAMSTERS, | : |
|       Defendants | : |

**O R D E R**

**AND NOW**, this 26th day of June, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1.     Defendant International Brotherhood of Teamsters' Motion to Dismiss Plaintiff's First Amended Complaint, ECF No. 47, is **GRANTED**.

2.     All claims against the International Brotherhood of Teamsters are **DISMISSED with prejudice**.

3.     The Clerk of Court is directed to **TERMINATE** Defendant International Brotherhood of Teamsters, only.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1
062626